**Order filed February 17, 2012.**



In The

# Fourteenth Court of Appeals

———————

### NO. 14-12-00150-CV

———————

### IN RE ETC NGL TRANSPORT, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 998360**

---

### O R D E R

On February 16, 2012, relator, ETC NGL Transport, LLC, filed a petition for writ of mandamus. *See* Tex. Gov't Code Ann. § 22.221. Relator asks this court to order The Honorable Linda Storey, Judge of the County Civil Court at Law No. 3, Harris County, Texas, to set aside portions of her order dated February 10, 2012, entered in trial court cause number 998360, styled *ETC NGL Transport, LLC v. Occidental Chemical Corporation, et. al.* Relator claims the trial court abused its discretion in ordering discovery of unredacted documents.

It appears from the facts stated in the petition that relator's request for relief requires

further consideration and that relator will be prejudiced unless immediate temporary relief is granted. *See* Tex. R. App. P. 52.8(b), 52.10.

We therefore ORDER that the February 10, 2012 order of the court below be stayed with respect to those portions that require relator to produce unredacted documents in trial court cause number 998360, styled *ETC NGL Transport, LLC v. Occidental Chemical Corporation, et. al.* Such order is stayed until final decision by this court on relator's petition for writ of mandamus, or until further orders of this court.

The real parties in interest, Occidental Chemical Corporation, DCP Midstream, LP, and DCP Hills Pipeline, LLC, are requested to file a response to relator's petition on or before **Friday February 24, 2012.**

PER CURIAM